United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISTINA M. ANDERSON (HOLMES),   )<br>                                                           )<br>                         Plaintiff,          )<br>                                                           )<br>vs.                                                    )<br>                                                           )<br>MICHAEL J. ASTRUE,                    )<br>Commissioner of Social Security,  )<br>                                                           )<br>                         Defendant.      ) | CIVIL NO. 10-5603BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before January 5, 2011, Defendant's Answering Brief shall be filed on or before February 2, 2011, and Plaintiff's Reply Brief shall be filed on or before February 16, 2011. Oral argument, if desired, shall be requested by February 23, 2011.

DATED this 9th day of December, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [10-5603BHS-JRC] - 1