UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINA M. ANDERSON (HOLMES),<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05603-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 4, 2011;
- Plaintiff shall file the Optional Reply Brief on or before March 18, 2011; and
- Oral argument, if desired, shall be requested by March 25, 2011.

DATED this 2nd day of February 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05603-BHS-JRC]