UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTINA M. ANDERSON (HOLMES), <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administrations, <br><br> Defendant. | Case No. C10-5603BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R on the parties' stipulated motion to remand the action for further consideration (Dkt. 17) and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** for further administrative proceedings as discussed in the R&R.

DATED this 15th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER