# United States District Court

WESTERN DISTRICT OF WASHINGTON

KRISTINA M. ANDERSON (HOLMES),

                v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administrations,

JUDGMENT IN A CIVIL CASE

Case No. C10-5603BHS

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    (1)    The R&R is **ADOPTED**; and

    (2)    The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** for further administrative proceedings as discussed in the R&R.

|  |  |
|---|---|
| March 16, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |